UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re: )
    Jennifer L Trevino ) Case No. 08-01262-FLK7
)
) TENDER OF UNCLAIMED FUNDS
)
               Debtor(s) )

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, FOR THE EASTERN DISTRICT OF WASHINGTON

There is tendered herewith the sum of $ 93.51    BEING MONIES WHICH REMAINED UNCLAIMED FOR NINETY (90) DAYS after final distribution in this case. The person(s) entitled to these funds are as follows:

| NAME | ADDRESS | AMOUNT |
|---|---|---|
| Verizon Northwest Inc<br>AFNI / Verizon | 404 Brock Drive<br>Bloomington, IL 61701 | $ 93.51 |

DATED: 03/31/10

    /s/ Jeffrey Earl
    Jeffrey Earl, Trustee